UNITED STATES of America v. Sidney
GOLDBERG, Appellant.

No. 9749.

United States Court of Appeals
Third Circuit.

Argued Oct. 18, 1948.

Decided Oct. 22, 1948.

Charles A. Stanziale, of Newark, N. J.,
for appellant.

Charles J. Tyne, Asst. U. S. Atty., of
Newark, N. J. (Isaiah Matlack, U. S. Atty.,
of Newark, N. J., on the brief), for appellee.

Before MARIS, GOODRICH, and KALODNER, Circuit Judges.

PER CURIAM.

The court has carefully considered the
grounds of appeal asserted by the defendant but finds them all to be wholly without
merit. Accordingly the judgment of the
district court will be affirmed.

UNITED STATES of America v. SHELL
OIL COMPANY, Incorporated.

No. 3745.

Circuit Court of Appeals
Tenth Circuit.

Aug. 30, 1948.

Whit Y. Mauzy, U. S. Atty., of Tulsa,
Okl., for appellant.

George W. Cunningham and Jesse M.
Davis, both of Tulsa, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and
SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

UNITED STATES of America v. William
J. MURRAY, Appellant.

No. 9756.

United States Court of Appeals
Third Circuit.

Argued Oct. 5, 1948.

Decided Oct. 12, 1948.

S. Lee Ratner, of Philadelphia, Pa., for
appellant.

Owen M. Burns U. S. Atty., Philip O.
Carr Asst. U. S. Atty., and Elliott W. Finkel Sp. Asst. to U. S. Atty. all of Pittsburgh, Pa., on the brief, for appellee.

Before MARIS, McLAUGHLIN, and
O'CONNELL, Circuit Judges.

PER CURIAM.

Our examination of the record in this
case discloses no error by the district court.
Accordingly its judgment will be affirmed.